# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Kortnee Roberson

                Plaintiff,

v.                              Case No.: 1:12−cv−10199

                              Honorable Samuel Der−Yeghiayan

United States of America

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 26, 2016:

        MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held. Counsel appeared and reported to the Court that the parties have reached a settlement and are finalizing the settlement documents. Based upon counsels' representations, the instant action is hereby dismissed without prejudice to reinstate within six months. In the event no party moves to reinstate within six months, the dismissal shall become a dismissal with prejudice at that time. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.